# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130755

ATTORNEY GENERAL and DEPARTMENT
OF ENVIRONMENTAL QUALITY,
        Plaintiffs-Appellants,

v

ALTERNATIVE FUELS, L.C.,
        Defendant-Appellee.

SC: 130755
COA: 264075
Ingham CC: 03-001111-CE

_____/

On order of the Court, the application for leave to appeal the February 7, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

d0920